THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THEODORE HOFFMAN, Appellant.

(Argued January 29, 1884; decided February 5, 1884.)

*B. W. Travis* and *Hiram Paulding* for appellant.

*Nelson H. Baker* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

PATRICK SHEAHAN, Appellant, *v.* THE NATIONAL STEAMSHIP COMPANY, Respondent.

(Argued January 23, 1884 ; decided February 5, 1884.)

*John Chetwood* for motion.

*Patrick Sheahan* opposed.

Motion to dismiss appeal granted ; no opinion.
All concur.